IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN BROOKINS,

        Plaintiff,                    No. CIV S-09-0841 GGH P

    vs.

MICHAEL MCDONALD, Warden,
et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  By order filed August 13, 2009, several defendants were dismissed with leave to file an amended complaint.  Plaintiff did not file an amended complaint and those defendants are now dismissed in a separately filed order.

        The complaint states a cognizable claim for relief against defendants Warden Mike McDonald; Chief Medical Officer S.M. Roche; Physician's Assistant G. Dudley; D. Swingle, M.D.; Nurse M. Miller, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

\\\\

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Warden Mike McDonald; Chief Medical Officer S.M. Roche; Physician's Assistant G. Dudley; D. Swingle, M.D.; Nurse M. Miller, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

2. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed May 4, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Six (6) copies of the endorsed complaint filed May 4, 2009 (docket # 7).

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: October 14, 2009

                                       /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
broo0841.1m

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN BROOKINS,

   Plaintiff,      No. CIV S-09-0841 GGH P

 vs.

MICHAEL MCDONALD, Warden,
et al.,
             NOTICE OF SUBMISSION

   Defendants.     OF DOCUMENTS

_____/

   Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

   __1__  completed summons form

   __5__  completed USM-285 forms

   __6__  copies of the May 4, 2009 (docket # 7)
          Complaint

DATED:

              _____
              Plaintiff