IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN BROOKINS,

        Plaintiff,                    No. CIV S-09-0841 GGH P

    vs.

MICHAEL MCDONALD, Warden, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On April 8, 2009, plaintiff consented to the jurisdiction of the undersigned.

        By order filed August 13, 2009, the court determined that plaintiff had stated a colorable claim against defendants defendants Warden Mike McDonald; Chief Medical Officer S.M. Roche; Physician's Assistant G. Dudley; D. Swingle, M.D.; Nurse M. Miller, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). The court also dismissed plaintiff's claims against defendants A. Agyeman, M.D., and G. James, M.D., as well as all defendants who were not specifically named, with thirty days leave to amend. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

1

Accordingly, IT IS ORDERED that defendants A. Agyeman, M.D., and G. James, M.D., as well as all defendants not specifically named, are dismissed from this action. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: October 14, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
broo0841.b3